JS 6

.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SUSAN HILL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES TYRONE HILL; SUMMER HILL )<br><br>Plaintiffs, )<br><br>v. )<br><br>AIR & LIQUID SYSTEMS CORP., *et al.* )<br><br>Defendants. ) | Case No. 2:12-cv-08713-DSF (Ex)<br><br>**JUDGMENT** |

This action came on regularly for jury trial on November 4, 2014, in Courtroom 840 of the United States District Court for the Central District of California, the Honorable Dale S. Fischer, presiding.  The jury deliberated and thereafter returned a unanimous special verdict in favor of Defendant John Crane Inc. on November 17, 2014.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is, entered in favor of Defendant John Crane Inc. as to all causes of action and claims for damages asserted by Plaintiffs Susan Hill (individually and as the

personal representative of the Estate of Charles Tyrone Hill) and Summer Hill. Plaintiffs shall take nothing against John Crane Inc.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as the prevailing party, John Crane Inc. shall recover its costs from Plaintiffs as taxed by the Clerk pursuant to 28 U.S.C. §1920.

Dated: 12/16/14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE